# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2006

Clifford W. Taylor,
Chief Justice

130251
(112)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

CHARLES F. FAWCETT, LINDA S.
FAWCETT, MICHAEL P. REINERTSEN,
CHERYL L. REINERTSEN, and
NORTHWESTERN SAVINGS BANK
& TRUST,
　　　　　Plaintiffs/Counterdefendants-
　　　　　Appellees,

v

ESTATE OF ANNETTE C. MEYER,
Deceased, JOSEPH ELFELT, JOAN F.
ELFELT and STEPHEN M. ELFELT,
　　　　　Defendants/Counterplaintiffs-
　　　　　Appellants,

and

CLARENCE J. MEYER and CLEMENT B.
MEYER,
　　　　　Defendants/Counterplaintiffs.
_____/

SC: 130251
COA: 253819
Kalkaska CC: 98-006213-PZ

On order of the Court, the motion for reconsideration of this Court's order of April 28, 2006 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2006

_____
Clerk

l0619